**ORDERED ACCORDINGLY.**

**Dated: January 07, 2011**

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

TIFFANY & BOSCO P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-28984

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE:

Wade Hampton Stalls
Debtor.

U.S. Bank, National Association
Movant,
vs.

Wade Hampton Stalls, Debtor, Andrew S. Nemeth, Trustee.

Respondents.

No. 2:10-BK-21892-GBN

Chapter 7

ORDER

(Related to Docket #16)

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 18, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and Wade Hampton Stalls has an interest in, further described as:

LOT 118, WEST PLAZA TWO, ACCORDING TO BOOK 69 OF MAPS, PAGE 22, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.